KEVIN BENSON, ESQ.
Nevada State Bar No. 9970
BENSON LAW, LLC.
123 W. Nye Lane, Suite #487
Carson City, NV 89706
Telephone: (775) 884-0838
Email: kevin@bensonlawnv.com
*Attorneys for Plaintiff*



```
FILED          RECEIVED
ENTERED        SERVED ON
       COUNSEL/PARTIES OF RECORD

       NOV 25 2019

       CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KUKLOCK,<br><br>              Plaintiff,<br>v.<br><br>STATE OF NEVADA, ex rel. its<br>DEPARTMENT OF TRANSPORTATION,<br><br>              Defendant. | Case No.: 3:19-cv-00369-LRH-CLB<br><br>**AMENDED STIPULATED DISCOVERY PLAN**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

The parties' counsel held the FED. R. CIV. P. 26(f) meeting on August 29, 2019 and met and conferred on November 18, 2019 regarding extending the deadlines in the original scheduling order. The parties, by and through their respective undersigned counsel jointly submit the following amended stipulated discovery plan and scheduling order, pursuant to LR 26-1.

### Amended Discovery Plan and Schedule

**Date first defendant answered or otherwise appeared:** July 30, 2019.

**Initial Disclosures:** Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(a), the parties submitted their initial disclosures on or about September 12, 2019.

///

///

The parties are engaged in efforts at early resolution, but if such efforts fail, the parties anticipate additional time for discovery will be required. The current deadline for expert disclosures is December 2, 2019, but the parties have not deposed any witnesses and have responded to the first round of written discovery. Over 1000 pages of documents have been produced. Additionally, the state administrative process for contracting with expert witnesses takes a minimum of 30 days. NDOT has begun this process but will need more time. Additionally, NDOT anticipates noticing depositions of multiple witnesses, and with the holidays approaching, scheduling is likely to be challenging. NDOT respectfully requests a six-month extension of previously agreed upon deadlines, starting with the deadline for expert disclosures. In light of the state's administrative process related to retaining experts, NDOT requests that the deadline for rebuttal experts be 60 days after the initial disclosure of experts. Plaintiff does not object to NDOT's proposed amendments to the scheduling order.

The parties propose the following changes to the original discovery plan (ECF No. 12):

| Description | Original Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off Date | Monday, January 27, 2020 | Monday, July 27, 2020 |
| Deadline to Amend Pleadings and Add Parties | Tuesday, October 29, 2019 | Tuesday, October 29, 2019 |
| Deadline to Disclose Experts | Monday, December 2, 2019 | Monday, May 4, 2020 |
| Deadline to Disclose Rebuttal Expert Disclosures | Thursday, January 2, 2019 | Wednesday, July 8, 2020 |
| Deadline to File Dispositive Motions | Wednesday, February 26, 2020 | Monday, August 27, 2020 |
| Pretrial Order and Pretrial Disclosures | Friday, March 27, 2020 or 30 days after decision on dispositive motions | Monday, September 28, 2020 or 30 days after decision on dispositive motions |

**Alternative Dispute Resolution:** The parties certify that they have met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation. The parties participated in an early neutral evaluation on November 7, 2019.

**Alternative Forms of Case Disposition:** The parties certify that they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01), but have declined to use those procedures.

**Electronic Evidence:** The parties certify that they have discussed whether they intend to present evidence in electronic format. Should this case proceed to trial, the Parties anticipate presenting evidence in electronic form to the jurors. The parties will consult with the courtroom administration to ensure that presentation material is compatible with the court's systems.

DATED this 20th of November, 2019.                     DATED this 20 of November, 2019.

BENSON LAW, LLC                                         AARON D. FORD
                                                        Attorney General

By: _____                              By: _____
Kevin Benson, Esq.                                      Carrie L. Parker
Nevada Bar No. 9970                                     Deputy Attorney General
123 W. Nye Lane, Suite 487                              Nevada Bar No. 10952
Carson City, NV 89706                                   Kevin A. Pick
(775) 884-0838                                          Senior Deputy Attorney General
*Attorneys for Plaintiff*                               Nevada Bar No. 11683
                                                        5420 Kietzke Lane, Suite 202
                                                        Reno, Nevada 89511
                                                        (775) 687-2110
                                                        *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge
Dated: 11/25/2019