Law Office of Mary F. Chapman, Ltd.
Mary F. Chapman, Esq.
Nevada Bar No. 6591
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
maryf.chapman@juno.com
(702)202-4223
(702)202-2003

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KUKLOCK, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA ex rel. its DEPARTMENT of TRANSPORTATION, <br><br> Defendant. | Case No. 3:19-cv-00369-LRH-CBC <br><br> **SUBSTITUTION OF ATTORNEY** |

Plaintiff Jennifer Kuklock hereby notifies the Court that The Law Office of Mary F. Chapman, Ltd. is substituted as counsel of record.

Hereafter, Mary F. Chapman, Esq. will represent the interests of the above named Plaintiff.

Dated: November 2, 2020

Respectfully submitted,
Law Office of Mary F. Chapman, Ltd.

BY: _____
Mary F. Chapman, Esq.
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
(702)202-4223
(702)202-2003

## NOTICE OF SUBSTITUTION OF ATTORNEYS

The Law Office of Mary F. Chapman, Ltd., is hereby substituted as attorney of record for Plaintiff Jennifer Kuklock.

Dated: November 2, 2020

Law Office of Mary F. Chapman, Ltd.

BY: _____
Mary F. Chapman, Esq.
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128

Attorneys for Plaintiff

I hereby consent to the above Substitution of Attorneys with the understanding that effective with the filing of this document, I no longer have any control or responsibility for the disposition or resolution of the above-captioned matter with respect to Plaintiff Jennifer Kuklock.

Dated: November ___, 2020      Benson Law, LLC

BY: _____
Kevin Benson, Esq.
123 W. Nye Ln.
Suite 487
Carson City, NV 89706

I hereby consent to the Substitution of Attorneys described herein.

Dated: November 2, 2020      By: _____
Jennifer Kuklock

/ / /
/ / /
/ / /

-2-

**NOTICE OF SUBSTITUTION OF ATTORNEYS**

The Law Office of Mary F. Chapman, Ltd., is hereby substituted as attorney of record for Plaintiff Jennifer Kuklock.

Dated: November 2, 2020         Law Office of Mary F. Chapman. Ltd.

BY: _____
Mary F. Chapman, Esq.
7465 W. Lake Mead Blvd.
Suite 100
Las Vegas, Nevada 89128

Attorneys for Plaintiff

I hereby consent to the above Substitution of Attorneys with the understanding that effective with the filing of this document, I no longer have any control or responsibility for the disposition or resolution of the above-captioned matter with respect to Plaintiff Jennifer Kuklock.

Dated: November 2, 2020       Benson Law, LLC

BY: _____
Kevin Benson, Esq.
123 W. Nye Ln.
Suite 487
Carson City, NV 89706

I hereby consent to the Substitution of Attorneys described herein.

Dated: November ___, 2020       By: _____
                                    Jennifer Kuklock

/ / /
/ / /
/ / /

DATED: November 2, 2020

Respectfully submitted,
Law Office of Mary F. Chapman, Ltd

By: /s/ Mary F. Chapman
Mary F. Chapman, Esq.
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128
telephone: (702) 202-4223
facsimile: (702) 202-2003

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of November 2020, a copy of the foregoing "**Substitution of Attorneys**" was served via the Court's electronic filing system to:

Aaron D. Ford, Attorney General
Carrie L. Parker, Esq.
Kevin Pick, Esq.
State of Nevada
Office of the Attorney General
5420 Kietzke Ln.
Suite 202
Reno, NV 89511

By: /s/ Mary F. Chapman
Mary F. Chapman, Esq.
8440 W. Lake Mead Blvd.
Suite 203
Las Vegas, Nevada 89128

IT IS SO ORDERED.

_____
United States Magistrate Judge

- 3 -