AARON D. FORD
Attorney General
CARRIE L. PARKER (Bar No. 10952)
Deputy Attorney General
KEVIN A. PICK (Bar No. 11683)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2110
(775) 688-1822 (fax)
Email: cparker@ag.nv.gov
 kpick@ag.nv.gov
*Attorneys for Defendant, State of Nevada,
ex rel. its Department of Transportation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KUKLOCK,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *ex rel.* its<br>DEPARTMENT OF TRANSPORTATION,<br><br>  Defendant. | Case No. 3:19-cv-00369-LRH-CLB<br><br>**ORDER GRANTING JOINT<br>NOTICE OF SETTLEMENT OF<br>CASE AND STIPULATED<br>ORDER VACATING<br>SETTLEMENT CONFERENCE** |

Defendant, STATE OF NEVADA, ex rel. its DEPARTMENT OF TRANSPORTATION and Plaintiff, JENNIFER KUKLOCK, by and through respective counsel, jointly submit this Notice of Settlement of Case and Stipulated Order Vacating Settlement Conference ("Notice").

The parties have reached settlement and are finalizing written documents of the same. Therefore, the parties request that the Settlement Conference scheduled for June 3, 2021 be vacated.

/ / /

/ / /

/ / /

1

The parties agree to file a joint stipulation for dismissal or a status update within 45 days of this Notice.

DATED this 27th of May, 2021.

LAW OFFICE OF MARY F. CHAPMAN, LTD.

By: */s/ Mary F. Chapman*
    Mary F. Chapman, Esq.
    Nevada Bar No. 6591
    8440 W. Lake Mead Blvd., Suite 203
    Las Vegas, NV 89128
    (702) 202-4223
    *Attorneys for Plaintiff*

DATED this 27th of May, 2021.

AARON D. FORD
Attorney General

By: */s/ Carrie L. Parker*
    Carrie L. Parker
    Deputy Attorney General
    Nevada Bar No. 10952
    Kevin A. Pick
    Senior Deputy Attorney General
    Nevada Bar No. 11683
    5420 Kietzke Lane, Suite 202
    Reno, Nevada 89511
    (775) 687-2110
    *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED.**

United States Magistrate Judge

Dated: May 27, 2021