AARON D. FORD
Attorney General
CARRIE L. PARKER (Bar No. 10952)
Deputy Attorney General
KEVIN A. PICK (Bar No. 11683)
Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2110
(775) 688-1822 (fax)
Email: cparker@ag.nv.gov
       kpick@ag.nv.gov
*Attorneys for Defendant, State of Nevada,
ex rel. its Department of Transportation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER KUKLOCK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *ex rel.* its<br>DEPARTMENT OF TRANSPORTATION,<br><br>　　　　Defendant. | Case No. 3:19-cv-00369-LRH-CLB<br><br>**STIPULATION AND ORDER<br>EXTENDING TIME TO FILE<br>STIPULATION FOR DISMISSAL** |

　　　　Defendant, STATE OF NEVADA, ex rel. its DEPARTMENT OF TRANSPORTATION and Plaintiff, JENNIFER KUKLOCK, by and through respective counsel, file this Stipulation and Order Extending Time to File Stipulation for Dismissal, pursuant to the Order Granting Joint Notice of Settlement of Case and Stipulated Order Vacating Settlement Conference (ECF No. 59).

　　　　The parties hereby stipulate and agree to request a 30-day extension of time, up to and including **August 12, 2021**, to file a Stipulation for Dismissal in this action. At this time, the parties have agreed to a fully executed settlement agreement and release and are presently waiting for the issuance and transmittal of the settlement proceeds, which the parties anticipate will be complete within the next 30 days. On that basis, the parties jointly stipulate and agree to

1

request that the Court grant an enlargement of time to facilitate the exchange of the settlement proceeds.

This is the first request for such an extension by the parties, and the parties submit that the request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| DATED this 12th of July, 2021. | DATED this 12th of July, 2021. |
| LAW OFFICE OF MARY F. CHAPMAN, LTD. | AARON D. FORD<br>Attorney General |
| By: */s/ Mary F. Chapman*<br>Mary F. Chapman, Esq.<br>Nevada Bar No. 6591<br>8440 W. Lake Mead Blvd., Suite 203<br>Las Vegas, NV 89128<br>(702) 202-4223<br>*Attorneys for Plaintiff* | By: */s/ Carrie L. Parker*<br>Carrie L. Parker<br>Deputy Attorney General<br>Nevada Bar No. 10952<br>Kevin A. Pick<br>Senior Deputy Attorney General<br>Nevada Bar No. 11683<br>5420 Kietzke Lane, Suite 202<br>Reno, Nevada 89511<br>(775) 687-2110<br>*Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: _____July 12, 2021_____

2